```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

REGIONS BANK,                         :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :     CIVIL ACTION 08-0665-KD-M
                                      :
W. CRAIG MATTER and                   :
JODI MATTER,                          :
                                      :
    Defendants.                       :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the Motion to Dismiss or, in the Alternative, Motion to Refer to State Court Action, filed by Defendants (Doc. 10) be DENIED.

DONE this <u>11TH</u> day of May, 2009.

                           <u>/s/ Kristi K. DuBose</u>
                           **KRISTI K. DuBOSE**
                           **UNITED STATES DISTRICT JUDGE**